UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID ADLER STAVELEY, a/k/a "Kurt Sanborn," a/k/a "David Sanborn" | Case No. 1:20-MJ-00034-LDA |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO EXTEND TIME

On May 11, 2020, defendant David Staveley ("Staveley") moved this Court to extend by ten days the previously scheduled conference concerning whether he requests a preliminary hearing and whether he wishes to oppose the home confinement requirement the Court imposed. The Government has no objection to this request for extra time so long as the condition of home confinement with electronic monitoring remains in effect until such time as a hearing can be held on this matter.

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

LEE H. VILKER
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (tel)

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 12th day of May 2020, I caused the within Response to be filed electronically and delivered to:

George West, Esq.

               /s/ Lee H. Vilker_____
               LEE H. VILKER
               Assistant U. S. Attorney
               U. S. Attorney's Office
               50 Kennedy Plaza, 8th Floor
               Providence, RI 02903
               401-709-5000, 401-709-5001 (fax)