UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID STAVELEY,<br>a/k/a "Kurt Sanborn" | Case No. 1:20-MJ-00034-LDA |

ORDER

The United States having moved this Court for an Order excluding the period of time beginning on May 5, 2020 and extending to June 30, 2020 from the thirty day period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b), and upon consideration thereof;

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the aforementioned time period outweigh the interest of the public and any interest the Defendant may have in a speedy indictment and trial, for the following reasons:

1. On March 19, 2020, the District Court for the District of Rhode Island entered a General Order cancelling all juries and grand juries due to the COVID-19 pandemic through May 2020. On May 6, 2020, the Court entered an Order extending the cancellation of grand juries until June 30, 2020. The Court specifically ordered that due to the unavailability of grand juries during the months of May and June 2020, the 30 day period for filing an Indictment is tolled for each defendant pursuant to 18 U.S.C. § 3161(b).

2. As there are no grand juries available until at least July 2020, the United States has no means of presenting the case against Defendant to a grand jury for the consideration of an indictment.

3. The ends of justice will be served by excluding the aforementioned time period and that such ends of justice and interests of Defendant outweigh any interest Defendant or the public may have in a speedy indictment and/or trial.

WHEREFORE, it is on this day ORDERED that the period of time beginning on May 5, 2020 and extending to June 30, 2020 is excluded from the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b).


  /s/   Lincoln D. Almond
HON. LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF RHODE ISLAND


Dated: May 22, 2020